# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| THRIVE SENIOR LIVING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. 21-cv-4357 |
| ) | |
| INNOVATIVE HEALTH, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Thrive Senior Living, LLC., by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice.

Respectfully submitted,

/s/ Mark L. Seigel

Mark L. Seigel
**THE SEIGEL LAW FIRM LLC**
Georgia Bar No. 634617
1397 Carroll Dr NW
Atlanta, GA 30318
Main: (770) 395-5920
Fax: (770) 395-5921
seigel@addipvalue.com

Steven P. Mandell (ARDC No. 6183729)
**MANDELL MENKES LLC**
1 N. Franklin St., Suite 3600
Chicago, IL 60606
Main: (312) 251-1000
Fax: (312) 251-1010
smandell@mandellmenkes.com
*Attorneys for Plaintiff*